UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Christal Caudill, Trustee, | : |
| Plaintiff, | : CASE NO. 2:08-CV-00288-EAS |
| vs. | : JUDGE EDMUND A. SARGUS, JR. |
| Bruce Burrows, *et al.*, | : MAGISTRATE ABEL |
| Defendants. | : |

## DISMISSAL ENTRY

The parties having reached a full and complete settlement, pursuant to Civil Rule 41(a), Plaintiff's Complaint is dismissed, with prejudice. Each party is to bear its own costs.

This terminates this action.

Date: 11-17-2009

_____
Judge Edmund A. Sargas, Jr.

APPROVED:

*/s/ Todd H. Neuman*
Todd H. Neuman (0059819)
Allen Kuehnle Stovall & Neuman LLP
17 South High Street, Suite 1220
Columbus, Ohio 43215
Telephone:   614-221-8500
Facsimile:   614-221-5988
E-mail:   neuman@aksnlaw.com
*Attorney for Plaintiff, Christal Caudill, Trustee*

*/s/ Charles A. DeMonaco, per authorization 11/13/09*
Charles A. DeMonaco
Fox Rothschild, LLP
625 Liberty Avenue, 29th Floor
Pittsburgh, Pennsylvania 15222-3115
Telephone:  412-391-1334
Facsimile:  412-391-6984
*Attorney for Defendant, Bruce D. Burrows*


*/s/ Thomas P. Cimino, Jr., per authorization 11/13/09*
Thomas P. Cimino, Jr.
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601
Telephone:  312-609-7500
Facsimile:  312-609-5005
*Attorney to Individual Defendants,*
*Paul D. Abelman, David Adams, Peter Benua,*
*Thomas R. Benua, Jr., Mark Blackstone,*
*Michelle L. Bohan, Romaine Gilliland,*
*Christopher Gurreri, Robert Kerrigan,*
*Robert Pardo, Edward Russell, Anthony J. Salamone,*
*Jeffrey Scheinrock, Frederick Stern, James A. Stevens,*
*and John Wallace*